1  **NICHOLAS F. REYES, #102114**
   Attorney at Law
2  1107 "R" Street
   Fresno, California 93721
3  Telephone: (559) 486-4500
   Facsimile:    (559) 486-4533
4

5  Attorney for Defendant
   **ANTONIO PANTOJA AHUMADA**
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN  DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA       )    **CASE NO. 1:09-CR-00156-AWI**
                                  )
11                                )    **STIPULATION TO CONTINUE**
               Plaintiff,         )    **SENTENCING; ORDER**
12                                )
        v.                        )
13                                )
   ANTONIO PANTOJA AHUMADA        )
14                                )
               Defendant.         )
15 _____)

16
        Defendant, ANTONIO PANTOJA AHUMADA, by and through his counsel of
17
   record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and
18
   through its counsel of record, KIRK E. SHERRIFF, Assistant United States Attorney for
19
   the Eastern District of California, hereby stipulate that the sentencing in the above-referenced
20
   case currently scheduled for Monday, December 13, 2010, at 9:00 a.m. be continued to
21
   Monday, January 24, 2011 at 9:00 a.m. in the courtroom for the Honorable Anthony W.
22
   Ishii, District Judge.  A continuance is necessary based on defense counsel's unavailability
23
   as he will be engaged in trial in Kings County as of December 13, 2010.
24
   ///
25
   ///
26
   ///
27
   ///
28
   ///

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: 12-09-10

/s/ Nicholas F. Reyes
NICHOLAS F. REYES
Attorney for Defendant
**ANTONIO PANTOJA AHUMADA**

**IT IS SO STIPULATED**

Dated: 12-09-10

/s/ Kirk E. Sherriff
KIRK E. SHERRIFF
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:   December 10, 2010

CHIEF UNITED STATES DISTRICT JUDGE