**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:    (559) 486-4533

Attorney for Defendant
**ANTONIO PANTOJA AHUMADA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                        )<br>              Plaintiff,                      )<br>                                                        )<br>         v.                                        )<br>                                                        )<br>ANTONIO PANTOJA AHUMADA,  )<br>                                                        )<br>              Defendant.                  )<br>_____) | CASE NO. 1:09-CR-00156-AWI<br>                 1:09-MJ-000074-DLB<br>**ORDER EXONERATING<br>CASH BOND AND RELEASE<br>OF FUNDS TO SURETY** |

WHEREAS Defendant ANTONIO PANTOJA AHUMADA, has been ordered remanded into the custody of the U.S. Marshal by order of the court; WHEREAS defendant now awaits sentencing on February 22, 2011; WHEREAS defendant has appeared at all proceedings and successfully abided by all conditions of release and surrendered for purposes of any sentence imposed by this court.

IT IS HEREBY ORDERED that the $25,000 cash bond be exonerated and released forthwith to the surety, Mrs. Maria E. Leon De Pantoja. (U.S. District Court Receipt Number CAE10000672)

IT IS SO ORDERED.

Dated:    January 24, 2011                                    _____
                                                                              CHIEF UNITED STATES DISTRICT JUDGE