**NICHOLAS F. REYES, #102114**
Attorney at Law
1107 "R" Street
Fresno, California 93721
Telephone: (559) 486-4500
Facsimile:   (559) 486-4533

Attorney for Defendant
**ANTONIO PANTOJA AHUMADA**

UNITED STATES DISTRICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  ) | **CASE NO. 1:09-CR-00156-AWI** |
| ) | |
| Plaintiff,  ) | **STIPULATION TO CONTINUE SENTENCING** |
| ) | |
| v.  ) | |
| ) | |
| ANTONIO PANTOJA AHUMADA  ) | |
| ) | |
| Defendant.  ) | |
| _____) | |

    Defendant, ANTONIO PANTOJA AHUMADA, by and through his counsel of record, NICHOLAS F. REYES, and Plaintiff, UNITED STATES OF AMERICA, by and through its counsel of record, KIRK E. SHERRIFF, Assistant United States Attorney for the Eastern District of California, hereby stipulate that the sentencing in the above-referenced case currently scheduled for Tuesday, February 22, 2011 at 9:00 a.m. be continued to Monday, March 7, 2011 at 9:00 a.m. in the courtroom for the Honorable Anthony W. Ishii, District Judge.

///

///

///

///

///

1  **IT IS SO STIPULATED**

2                                                      Respectfully submitted,

3

4  Dated: February 16, 2011             /s/ Nicholas F. Reyes
                                                 NICHOLAS F. REYES
                                                 Attorney for Defendant
5                                                  **ANTONIO PANTOJA AHUMADA**

6

7  **IT IS SO STIPULATED**

8

9  Dated: February 16, 2011             /s/ Kirk E. Sherriff
                                                 KIRK E. SHERRIFF
10                                                 Assistant U.S. Attorney

11

12                                         **ORDER**

13
   IT IS SO ORDERED.
14

15  Dated:    February 17, 2011                                       [signature]
16                                        CHIEF UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28